# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

CHRISTIE MCBRIDE and ANITA LEDESMA, JASMINE DOUGLAS, and EMILY HOOVER, individually and on behalf of similarly situated persons,

        Plaintiffs,

v.

Y & W CORP., d/b/a The Tangy Crab, OHANA SUSHI CORP. d/b/a Ohana Sushi, Z & W RESTAURANTS, INC., d/b/a Tangy Crab of Flint, and JOHN DOES 1-10,

        Defendants

Case No. 1:23-cv-540

Hon. Hala Y. Jarbou

_____

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF OPT-IN SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS, AND NAMED PLAINTIFFS SERVICE AWARD

Plaintiffs filed this action on behalf of themselves and all other similarly situated persons who allegedly worked as tipped employees, for Defendant. Plaintiffs bring this putative collective and class action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. Plaintiffs allege that Defendants violated the FLSA and state law by refusing to pay the Plaintiffs and other tipped employees the FLSA-mandated minimum wage and overtime provisions by maintaining an unlawful tip pooling arrangement. As a result, Plaintiffs assert that Defendants violated the FLSA.

Having reviewed Plaintiffs' Unopposed Motion for Settlement, the Court hereby orders the following:

1. Accepting the First Amended Complaint, as filed by consent of the parties for purposes of settlement approval.

2. Granting approval of the Parties' Collective FLSA Settlement Agreement and a Gross Settlement Amount of $500,000 as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA").

3. Certifying the proposed collective for settlement purposes only, for the reasons stated in Plaintiffs' Motion for Court Supervised Notice. ECF No. 20, PageID.121.

4. Approving Plaintiffs' unopposed request for payment from the settlement fund for attorneys' fees in the amount of one-third of the fund ($166,666.66);

5. Approving Plaintiffs' unopposed request for payment from the settlement fund for counsel's litigation costs, currently estimated at $5,000, but not to exceed $7,500.00 (inclusive of administration costs);

6. Approving Plaintiffs' unopposed request for payment from the settlement fund for a service award to the Named Plaintiffs in the amount of $5,000.00 each, for a total amount of $20,000;

7. Approving the plan of distribution and directing that the settlement funds be distributed in accordance with the terms of the Settlement;

8. Dismissing this action with prejudice and entering final judgment; and

9. Reserving exclusive and continuing jurisdiction over this action for purposes of supervising the implementation and enforcement of the Settlement Agreement and this Order.

SO ORDERED this 15th day of April, 2024.

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE