UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIE MCBRIDE, et al.,

    Plaintiffs,

Case No. 1:23-cv-540

v.

Hon. Hala Y. Jarbou

Y & W CORP., et al.,

    Defendants.

_____/

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: April 15, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE